BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
Eastern District of California
United States Attorney's Office
 501 I Street
 Suite 10-100
 Sacramento, CA 95814
 (916) 554-2700
 audrey.hemesath@usdoj.gov

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANAMARIA MARTINEZ, | ) | Case No.: 2:15-cv-00554-JAM-KJN |
| | ) | |
| Plaintiff, | ) | **JOINT STIPULATION AND ORDER** |
| v. | ) | **FOR EXTENSION OF TIME** |
| | ) | |
| ERIC HOLDER JR., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

   IT IS HEREBY REQUESTED AND STIPULATED by and between the parties, pursuant to L.R. 144(a), to extend the deadline by which Defendants may file their response to Plaintiff's Petition for Review of the Denial of a Naturalization Application Pursuant to 8 U.S.C. § 1421(c) and Request for De Novo Hearing (ECF No. 1).  Defendants request a 30-day extension of time in which to respond to the Petition, and Plaintiff does not oppose this request.


DATED:  August 31, 2015

　　　　　　　　　　　　　　　　　　　　　/s/ Audrey B. Hemesath
　　　　　　　　　　　　　　　　　　　　　AUDREY B. HEMESATH
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


DATED:  August 31, 2015　　　　　　　　　/s/ Wazhma Mojaddidi
　　　　　　　　　　　　　　　　　　　　　WAZHMA MOJADDIDI, ESQ.
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


Stipulation for Extension of Time to Respond to Plaintiff's Petition - 1
2:15-cv-00554-JAM-KJN

ORDER

Pursuant to the joint stipulation, the time for filing a response to the Petition is extended to September 30, 2015.

DATED: August 31, 2015

                                            /s/ John A. Mendez_____

                                            United States District Court Judge