BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
Eastern District of California
United States Attorney's Office
  501 I Street
  Suite 10-100
  Sacramento, CA 95814
  (916) 554-2700
  audrey.hemesath@usdoj.gov

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAMARIA MARTINEZ, | Case No.: 2:15-cv-00554-JAM-KJN |
| Plaintiff, | **JOINT STIPULATION AND ORDER RE: DISMISSAL** |
| v. | |
| ERIC HOLDER JR., ET AL., | |
| Defendants. | |

The parties stipulate to dismissal of this action in its entirety, each side to bear its own costs of litigation. U.S. Citizenship and Immigration Services has reopened Plaintiff's application for naturalization and approved it.

DATED: September 11, 2015

/s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant United States Attorney

DATED: September 11, 2015

/s/ Wazhma Mojaddidi
WAZHMA MOJADDIDI, ESQ.
Attorney for Plaintiff

ORDER

Pursuant to the joint stipulation, the case is dismissed.

DATED: 9/11/2015

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE